UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SKYLLEUR HAYES | CIVIL ACTION |
| VERSUS | NO. 23-5526 |
| TIM HOOPER, WARDEN | SECTION: "J"(1) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal habeas corpus application filed by Petitioner Skylleur Hayes is **DISMISSED WITH PREJUDICE** as untimely.

**IT IS FURTHER ORDERED** that a certificate of appealability shall not be issued because Petitioner has not made a substantial showing of the denial of a constitutional right.

New Orleans, Louisiana, this 8th day of November, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE